UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT SEDORE,

                               Case No. 19-10311
           Plaintiff,           District Judge Stephanie Dawkins Davis
v.                                Magistrate Judge R. Steven Whalen

SHERMAN CAMPBELL, et al.,

          Defendants.
_____/

## ORDER

Plaintiff Scott Sedore, a Michigan Department of Corrections ("MDOC") inmate currently housed at the G. Robert Cotton Correctional Facility ("JCF") in Jackson, Michigan, filed the present action on January 25, 2019, alleging violations of his rights under the First and Eighth Amendment and the Americans with Disabilities Act ("ADA") during his incarceration at the Gus Harrison Correctional Facility ("ARF") in Adrian, Michigan.

Currently before the Court is Plaintiff's January 13, 2020 motion to compel settlement with Defendants Sherman Campbell, Janet Campbell, and the MDOC ("MDOC Defendants"). [ECF No. 50]. Plaintiff notes that on December 2, 2019, these Defendants filed a notice of pending resolution of Plaintiff's claims against them but that between that date and the filing of the present motion, the MDOC Defendants have been incommunicado.

The docket shows that in fact, on February 4, 2020, a stipulation and order of dismissal was filed, dismissing the MDOC Defendants from this case with prejudice. [ECF No. 53]. Because Plaintiff's claims against these Defendants have been settled, the current

motion to compel [ECF No. 50] is DENIED as MOOT.

IT IS SO ORDERED.

s/R. Steven Whalen
R. STEVEN WHALEN
United States Magistrate Judge

Dated: April 7, 2020

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on
April 7, 2020 electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager