UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT SEDORE,

    Plaintiff,

v.

SHERMAN CAMPBELL, *et al.*,

    Defendants.

_____ /

Case No. 19-10311

Stephanie Dawkins Davis
United States District Judge

# OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S MARCH 30, 2021 REPORT AND RECOMMENDATION (ECF No. 70)

Currently before the Court is Magistrate Judge R. Steven Whalen's March 30, 2021 Report and Recommendation. (ECF No. 70). Judge Whalen recommends denying plaintiff's motion to enforce the settlement agreement. The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The Court nevertheless agrees with the Magistrate Judge's recommended disposition.

Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 70) and **DENIES** the motion to enforcement the settlement agreement. (ECF No. 66).

**IT IS SO ORDERED**.

Date: June 8, 2021

s/Stephanie Dawkins Davis
Stephanie Dawkins Davis
United States District Judge