UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT SEDORE,

    Plaintiff,

v.                                                                    Case No. 19-10311

SHERMAN CAMPBELL, *et al.*,                    Sean F. Cox
                                                                          United States District Court Judge

    Defendants.
_____/

**ORDER**
**ADOPTING 7/8/22 REPORT AND RECOMMENDATION**
**AND DENYING WITHOUT PREJUDICE**
**MOTION TO ENFORCE TERMS OF SETTLEMENT**

    This matter was referred to Magistrate Judge David R. Grand for all pretrial proceedings. In a Report and Recommendation issued on July 8, 2022, the magistrate judge recommends that the Court deny without prejudice Plaintiff's Motion To Enforce Terms of Settlement (ECF No. 95). The time permitted for the parties to file objections to that Report and Recommendation has passed and no objections were filed.

    Accordingly, the Court hereby **ADOPTS** the July 8, 2022 Report and Recommendation and **ORDERS** that Plaintiff's Motion To Enforce Terms of Settlement is **DENIED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED.**

                                          s/Sean F. Cox
                                          Sean F. Cox
                                          United States District Judge

Dated: August 11, 2022