UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Scott Sedore,

        Plaintiff(s),

v.

Sherman Campbell, et al.,

        Defendant(s),

Case No. 2:19-cv-10311-SFC-DRG
Hon. Sean F. Cox

## ORDER OF ASSIGNMENT OF COUNSEL

The Court having identified that the above-named Plaintiff(s), presently proceeding in propria persona in this matter, would benefit from the assistance of counsel, and the below named attorney having indicated that he/she is willing to accept pro bono assignment in this matter;

IT IS ORDERED that Nicholas A. Coulson, whose mailing address is:

> Nicholas A. Coulson
> Liddle Sheets Coulson P.C.
> 975 E. Jefferson Avenue
> Detroit, MI 48207

is hereby assigned to represent the above-named Plaintiff(s) in this matter, unless said assignment is terminated by (1) Order of the Court, (2) assignment of substitute counsel, or (3) termination of the matter before the Court.

IT IS FURTHER ORDERED that:

1. Assigned counsel be provided, without cost and upon his/her request, copies of all pleadings filed to date in the matter, and that he/she proceed as counsel of record from this date forward;

2. Assigned counsel may only request to withdraw from this matter through filing of a motion, with notice to Plaintiff(s), setting forth full particulars as to why such a motion should be granted.

s/Sean F. Cox
Sean F. Cox
U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/R Loury
Case Manager

Dated: October 24, 2022