Case Number: 2:19-cv-10311

Case Caption: *Sedore v. Campbell, et al.*

Appearance:   Nicholas A. Coulson

   *for Plaintiff Scott Sedore*

   Cullen McKinney

   *For Defendant James Blessman*

## EXHIBITS

| DATE | PLT/DEF NO. | BRIEF DESCRIPTION | OFF'D | REC'D |
|---|---|---|---|---|
|  |  | **JOINT EXHIBITS** |  |  |
| Various | A/1 | Plaintiff's Compiled MDOC Medical Records |  |  |
|  | B | Deposition Transcript- David Mathis M.D. (w/ Exhibits) |  |  |
|  | C | Deposition Transcript – Roderick Matticks M.D. (w/ Exhibits) |  |  |
|  | D | Deposition Transcript- Dennis Dobritt D.O. (w/ Exhibits) |  |  |
|  |  | **PLAINTIFF'S EXHIBITS** |  |  |
| Various | A-A | Medical Administration Records re: Cymbalta |  |  |
|  | A-B | Medical Administration Records re: Neurontin |  |  |
|  | A-C | Medical Administration Records re: NSAIDs |  |  |
| Various | A-D | PMC Short Forms/Re-Evaluation Requests |  |  |
|  | A-E | Medication Summary |  |  |
|  | A-F | Pre-2018 Medication History |  |  |
|  | A-G | 2017-Present Pain Complaints |  |  |
| 5/11/18 | E | Sedore Aide- Job Duties |  |  |

| | | | | |
|---|---|---|---|---|
| N/A | F | Unskilled Prisoner Assistant Job Specification | | |
| N/A | G | Skilled Prisoner Assistant Job Specification | | |
| 5/17/22 | H | MDOC Medical Detail Special Accommodations | | |
| | I | C.V.- David Mathis M.D. | | |
| | | | | |
| | | **DEFENSE EXHIBITS** | | |
| | A/1 | COMPILED MDOC RECORDS | | |
| 05/19/11 | 1-a | Intake/Admission | | |
| 05/19/11 | 1-b | Mental Health Referral | | |
| 05/23/11 | 1-c | ED presentation | | |
| 05/24/11 | 1-d | ED Follow up | | |
| 05/24/11 | 1-e | Mental Health Intake | | |
| 05/25/11 | 1-f | Nurse Note | | |
| 11/29/11 | 1-g | Case Management | | |
| 11/15/12 | 1-h | Provider Visit | | |
| 10/15/15 | 1-i | Care Note | | |
| 12/15/16 | 1-j | Kite Response | | |
| 01/26/17 | 1-k | Provider Visit | | |
| 03/02/17 | 1-l | Chart Update | | |
| 03/09/17 | 1-m | Provider visit | | |
| 03/23/17 | 1-n | Kite Response | | |
| 04/04/17 | 1-o | Chronic Care Visit | | |
| 05/05/17 | 1-p | Clinical Progress Note | | |
| 05/9/17 | 1-q | Provider Visit | | |

| | | | | |
|---|---|---|---|---|
| 05/30/17 | 1-r | Kite Response | | |
| 06/01/17 | 1-s | Clinical Progress Note | | |
| 06/17 | 1-t | Medication Administration Record | | |
| 06/02/17 | 1-u | ACMO Review | | |
| 06/02/17 | 1-v | History and Physical Neurosurgery | | |
| 06/04/17 | 1-w | Nursing Note | | |
| 06/20/17 | 1-x | Provider Visit | | |
| 07/27/17 | 1-y | Provider Visit | | |
| 08/04/17 | 1-z | Provider Visit | | |
| 08/10/17 | 1-aa | Neuropsychology note | | |
| 09/18/17 | 1-bb | Consultation/ACMO review/Chronic Care | | |
| 09/30/17 | 1-cc | Kite Response | | |
| 10/10/17 | 1-dd | Kite Response | | |
| 10/19/17 | 1-ee | Nurse Visit | | |
| 10/25/17 | 1-ff | Provider visit | | |
| 10/26/17 | 1-gg | Dr. Chesebro | | |
| 11/04/17 | 1-hh | Kite Response | | |
| 11/07/17 | 1-ii | Clinical Progress Note | | |
| 11/08/17 | 1-jj | Kite Response | | |
| 11/16/17 | 1-kk | Provider Visit | | |
| 12/04/17 | 1-ll | Psychological Evaluation | | |
| 01/22/18 | 1-mm | chronic care note | | |
| 01/24/18 | 1-nn | Consult note | | |
| 01/31/18 | 1-oo | Pain Management Committee Recommendation | | |

| | | | | |
|---|---|---|---|---|
| 02/07/18 | 1-pp | Chart update | | |
| 02/13/18 | 1-qq | Provider visit | | |
| 04/03/18 | 1-rr | UMHS – Ortho Note | | |
| 04/04/18 | 1-ss | Consultation | | |
| 06/27/18 | 1-tt | Provider Visit | | |
| 07/10/2018 | 1-uu | Nurse Visit | | |
| 08/17/18 | 1-vv | Pain Management Committee Recommendation | | |
| 12/2018 | 1-ww | Medication Administration Record | | |
| 01/23/19 | 1-xx | Medication Administration Record | | |
| 02/19 | 1-yy | Medication Administration Record | | |
| 03/07/19 | 1-zz | Pain Management Committee Recommendation | | |
| 01/12/20 | 1-aaa | MDOC- Medication Summary | | |
| 04/01/19 | 1-bbb | Provider visit | | |
| 06/07/22 | 1-ccc | Clinical Encounter | | |
| 11/02/21 | 1-ddd | Clinical Encounter | | |
| 03-24-22 | 1-eee | Clinical Encounter | | |
| | 2 | James Blessman MD CV | | |
| | 3 | Roderick L. Matticks MD CV | | |
| | 4 | Dennis Dobritt D.O. – CV | | |
| | 5 | CDC Guidelines for Prescribing Opioids For Chronic Pain | | |
| | 6 | Federal Guidelines for Opioid Treatment Programs | | |
| | 7 | VA/DoD Clinical Practice Guidelines for use of Opioids in the Management of Chronic Pain | | |

|  | 8 | "Prescribing Opioids for Pain – The New CDC Clinical Practice Guideline" N Engl J Med 387:22 Dec 1, 2022 |  |  |
|---|---|---|---|---|
| 01/27/2023 | 9 | Pharmacologic Management Of Chronic Non-Cancer Pain In Adults, Up-To-Date |  |  |
| June 2018 | 10 | PAIN MANAGEMENT OF INMATES Federal Bureau of Prisons Clinical Guidance JUNE 2018 |  |  |
|  | 11 | CYMBALTA FDA Package Insert |  |  |
|  | 12 | Tramadol FDA Package Insert |  |  |
| 11/02/21 | 13 | Plnt Resp to Request to Admit |  |  |
| 12/18/17 | 14 | Notice of Contract- MDOC-Wayne State Univ. |  |  |
| 12/18/17 | 15 | Contract – Wayne State Univ. and University Physician Group |  |  |