UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Scott Sedore,                                            Case No. 19-10311

            Plaintiff,
                                                Judge Sean F. Cox

v

James Blessman,

            Defendant.
_____/

**ORDER FOR SUBMISSION OF RESPONSIVE PLEADING**

    Plaintiff having filed the following motions:

    Motion Enforce Terms of Settlement Agreement (ECF No. 178)

    Motion Enforce Terms of Settlement Agreement (ECF No. 179)

    IT IS HEREBY ORDERED that the Defendant(s) file a response to the motions on or before January 24, 2024. Any reply shall be filed by February 7, 2024.

                                                         s/Sean F. Cox
                                                         Sean F. Cox
                                                         United States District Judge

Dated: January 10, 2024

I hereby certify that on January 10, 2024, a copy of the foregoing document was served upon counsel and/or parties of record by electronic and/or ordinary mail.

                                                          s/J. McCoy
                                                          Case Manager