## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

SCOTT SEDORE #210661,

    Plaintiff,

v

SHERMAN CAMPBELL, JANET
CAMPBELL, MARY GREINER,
ROSILYN JINDAL, CORIZON
HEALTH, INC., MICHIGAN
DEPARTMENT OF
CORRECTIONS, and MDOC:
"PAIN COMMITTEE" (DR.
BLESSMAN),

    Defendant.

NO. 2:19-cv-10311

HON. SEAN F. COX

MAG. DAVID R. GRAND

---

LIDDLE SHEETS COULSON P.C.
Nicholas A. Coulson (P78001)
Matthew Z. Robb (P81665)
Dustin Reed Solt (P86302)
Attorneys for Plaintiff Sedore
975 E. Jefferson Avenue
Detroit, MI 48207
(313) 392-0015


Allan J. Soros (P43702)
Assistant Attorney General
Attorney for MDOC Defendants
Michigan Department of Attorney General
Corrections Division
P.O. Box 30217
Lansing, MI  48909
(517) 335-3055

CHAPMAN LAW GROUP
Jeffrey L. Bomber (P85407)
Attorney for Defendants Corizon Health,
  Dr. Greiner, PA Jindal
1441 West Long Lake Road, Suite 310
Troy, MI 48098
(248) 644-6326

TANOURY, NAUTS, MCKINNEY
& DWAIHY PLLC
Thomas P. Sullivan (P74011)
Cullen B. McKinney (P49757)
Attorneys for Defendant Dr. Blessman
38777 Six Mile Road, Suite 101
Livonia, MI  48152
(313) 964-4500

---

## STIPULATION AND ORDER WITHDRAWING PLAINTIFF'S MOTIONS TO ENFORCE TERMS OF SETTLEMENT (ECF No. 178 and 179)

NOW COMES Plaintiff, Scott Sedore and the Michigan

Department of Corrections (MDOC), by and through counsel, and

having reached an agreement with one another, hereby stipulate to the

withdrawal of Plaintiff's Motions to Enforce Settlement Terms (ECF no.

178 and 179).

The parties respectfully and jointly request that this Honorable

Court allow the withdrawal of said motions.


IT IS SO STIPULATED.

Dated: 2/6 , 2024

Scott Sedore
Scott Sedore #210661
Plaintiff in pro per


Dated: 02-06 , 2024

/s/ Allan J. Soros
Allan J. Soros (P43702)
Assistant Attorney General
Attorney for MDOC Defendants


IT IS SO ORDERED

Date: 2/7 , 2024

HON. SEAN F. COX
United States District Judge