UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT SEDORE,

        Plaintiff,

v.

        Case No. 19-10311-SFC-DRG
        Hon Sean F. Cox

JAMES BLESSMAN,

        Defendant.

---

**JURY VERDICT FORM**

We the Jury, after deliberation and consideration of all of the evidence, reach the following verdict:

1. Did Scott Sedore suffer from a serious medical condition?

    **ANSWER:** _Yes_ YES     _____ NO

**If you answered "yes" to question #1, proceed to question #2.**

**If you answered "no" to question #1, you need not answer any further questions. Please have the jury foreperson sign on page #3 and notify the Court staff that you have reached a verdict.**

2. Was James Blessman aware of Mr. Sedore's serious need for medical care?

    **ANSWER:** _Yes_ YES     _____ NO

**If you answered "yes" to question #2, proceed to question #3.**

1

**If you answered "no" to question #2, you need not answer any further questions. Please have the jury foreperson sign on page #3 and notify the Court staff that you have reached a verdict.**

    3.    Did James Blessman, with deliberate indifference to the illness or injury of Scott Sedore, fail to provide medical care as needed?

    ANSWER: \_\_\_\_\_ YES    \_\_NO\_\_ NO

**If you answered "yes" to question #3, proceed to question #4.**

**If you answered "no" to question #3, you need not answer any further questions. Please have the jury foreperson sign on page #3 and notify the Court staff that you have reached a verdict.**

    4.    Did Scott Sedore suffer injuries which were proximately caused by any failure you found in question #3?

    ANSWER: \_\_\_\_\_ YES    _____ NO

**If you answered "yes" to question #4, proceed to question #5.**

**If you answered "no" to question #4, you need not answer any further questions. Please have the jury foreperson sign on page #3 and notify the Court staff that you have reached a verdict.**

    5.    State the dollar amount of damages you award to Plaintiff Scott Sedore due to Defendant Dr. Blessman's deliberate indifference to his serious illness or injury.

    **DOLLAR AMOUNT:**    $_____

**Proceed to question #6.**

    6.    Is Plaintiff Scott Sedore entitled to punitive damages?

ANSWER: _____ YES   _____ NO

If you answered "no" to question 6 you need not answer any further questions. Please have the jury foreperson sign on page #3 and notify the Court staff that you have reached a verdict.

If you answered "yes" to question 6 proceed to question 7

7. State the dollar amount of punitive damages you award to Plaintiff Scott Sedore.

DOLLAR AMOUNT: $_____

Date: 2/15/2023

City of Detroit, Michigan

s/Jury Foreperson
In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

3