UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT SEDORE,

    Plaintiff,

-vs-

JAMES BLESSMAN, M.D.,

    Defendant.

Civil Action No. 2:19-cv-10311-SFC-DRG
Hon. Sean F. Cox

_____/

| NICHOLAS A. COULSON (P78001) | CULLEN B. McKINNEY (P49757) |
|---|---|
| MATTHEW Z. ROBB (P81665) | THOMAS P. SULLIVAN (P74011) |
| Attorneys for Plaintiff | Attorney FOR Dr. Blessman |
| 975 East Jefferson Avenue | 38777 Six Mile Road, Suite 101 |
| Detroit, MI 48207 | Livonia, MI 48152 |
| (313) 392-0015 | (313) 964-4500 (fax 734/469-4298) |

_____/

## JUDGMENT

The matter having come on for Trial, and the jury having rendered its verdict on February 15, 2023, in favor of the Defendant, and against the plaintiff:

**It is ORDERED AND ADJUDGED** that Judgment is entered for the Defendant, and against Plaintiff of no cause of action on Plaintiff's Complaint.

Dated: March 21, 2023

s/Sean F. Cox
Sean F. Cox
U. S. District Judge

Tanoury, Nauts, McKinney & Dwaihy, PLLC
38777 Six Mile Road, Suite 101
Livonia, Michigan 48152